IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-02240-WDM-BNB

JAMES LOUIS JEWELL,

      Plaintiff,

v.

QWEST, et al.,

      Defendants.

---

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

Miller, J.

      This matter is before me on the recommendation of Magistrate Judge Boyd N. Boland, issued January 18, 2007, that this case be dismissed without prejudice due to Plaintiff James Louis Jewell's (Jewell) failure to comply with the Federal Rules of Civil Procedure and with court orders.  Jewell failed to file an objection to this recommendation and therefore is not entitled to *de novo* review.  28 U.S.C. § 636(b).

      Having reviewed the recommendation and prior orders in this case, I agree with Magistrate Judge Boland that dismissal is warranted by Jewell's failure to file a complaint that complies with Fed. R. Civ. P. 8 and her disregard for orders of the court.

      Accordingly, it is ordered:

1. The recommendation of Magistrate Judge Boland, issued January 18, 2007 (Docket No. 10), is accepted.

2.      This case is dismissed without prejudice.

DATED at Denver, Colorado, on February 27, 2007.

BY THE COURT:


s/ Walker D. Miller
United States District Judge